UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. ULRICH ASSOCIATES,
INC.,

        Plaintiff,                No. 17-10174

v.                          District Judge Gershwin A. Drain
                            Magistrate Judge R. Steven Whalen

BILL FORGE PRIVATE LIMITED,

        Defendant.

_____ /

**ORDER**

      For the reasons and under the terms stated on the record on November 28, 2017,

Defendant's Motion to Compel Discovery [Doc. #27] is GRANTED.

      Consistent with the Court's statements on the record, Plaintiff will provide

supplemental responses to Defendant's Interrogatory No. 5 and Request to Produce No.

13 no later than January 14, 2018.  Requests for information regarding expenses will be

limited to expenses specific to Bill Forge Private Limited, and will encompass the time

period from 2004 to the present.

      If, after a diligent and good-faith search for information and documents reflecting

expenses, Plaintiff is unable to locate any information or documents, Plaintiff will so

certify, in writing.

      IT IS SO ORDERED.

                             s/ R. Steven Whalen
                             R. STEVEN WHALEN
                             UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2017

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was sent to parties of record on November 28, 2017, electronically and/or by U.S. mail.

<u>s/Carolyn M. Ciesla</u>
Case Manager to the
Honorable R. Steven Whalen