UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. ULRICH ASSOCIATES, INC.,

       Plaintiff,

v.

BILL FORGE PRIVATE LIMITED,

       Defendant.

       No. 17-10174

District Judge Gershwin A. Drain
Magistrate Judge R. Steven Whalen

**ORDER**

For the reasons and under the terms stated on the record on May 22, 2018, Plaintiff's Motion to Amend Pretrial Order and to Compel Depositions of Defendant Representatives to Take Place in Michigan [Doc. #38] is GRANTED IN PART AND DENIED IN PART.

The request to conduct the subject depositions in Michigan is DENIED. Instead, the depositions of Bill Forge witnesses Anil Haridass, Hari Krishnan, Rohan Powar, and Defendant's Rule 30(b)(6) witness will be conducted in India.

The request to amend the pretrial scheduling order is GRANTED. The schedule is amended as follows:

| | |
|---|---|
| Fact Discovery Cutoff | October 1, 2018 |
| Initial Expert Reports | October 1, 2018 |
| Rebuttal Expert Reports | November 2, 2018 |
| Dispositive Motions | December 17, 2018 |
| Facilitation | October 26, 2018 |

| | |
|---|---|
| Settlement Conference | December 5, 2018 @ 1:30 pm |
| Motions in Limine | January 11, 2019 |
| Final Joint Pretrial Order | February 4, 2018 |
| Final Pretrial Conference | TO BE SET |
| Trial | TO BE SET |

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 24, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen